# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>KIMBERLY A. MANDEL, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-cv-02150-JCM-NJK<br><br>ORDER<br><br>(Docket No. 12) |

Pending before the Court is a stipulation to extend the deadline for Defendant Mandel to respond to the complaint. Docket No. 12. The deadline at issue expired nearly two weeks ago, *see* Docket No. 8, and the stipulation fails to establish excusable neglect for resuscitating this deadline, *see, e.g.*, Fed. R. Civ. P. 6(b)(1)(B). Nor has sufficient explanation been given as to why such a lengthy extension of nearly two months from the now-expired deadline is appropriate. Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 12, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge