ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The benefit of the Certificateholders of CWALT, Inc, Alternative Loan Trust 2046-8CB, Mortgage Pass-Through Certificates, Series 2004-8CB*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBERLY A. MANDEL, TRUSTEE OF THE KIMBERLY ANNE MANDEL FAMILY TRUST DATED DECEMBER 17, 2014; DAKOTA CONDOMINIUMS, <br><br> Defendants. | Case No.: 2:17-cv-02150-JCM-NJK <br><br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The benefit of the Certificateholders of CWALT, Inc, Alternative Loan Trust 2046-8CB, Mortgage Pass-Through Certificates, Series 2004-8CB (**BoNYM**) and Defendant Dakota Condominiums (**Dakota**) and Defendant Kimberly A. Mandel, Trustee of the Kimberly Anne Mandel

1

45495752;1

Family Trust (**Trust**) by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 13th day of June, 2018.

**AKERMAN LLP**

*/s/ Tenesa S. Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2046-8CB, Mortgage Pass-Through Certificates, Series 2004-8CB*

**MICHAEL M. LATER, ESQ.**

*/s/ Michael M. Later*
MICHAEL M. LATER, ESQ.
Nevada Bar No. 7416
8890 Spanish Ridge Ave.
Las Vegas, Nevada 89148

*Attorneys for Kimberly A. Mandel*

**BOYACK ORME & ANTHONY**

*/s/ Kelley Blatnik*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
KELLEY K. BLATNIK, ESQ. (of counsel)
Nevada Bar No. 12768
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Dakota Condominiums*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _June 18, 2018_____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

45495752;1